IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
Huntington Division

DWAYNE C. EDWARDS,                           PLAINTIFF
on behalf of himself and
others similarly situated,

v.                                           CIVIL ACTION NO.: 3:16-cv-06671

BAILES, CRAIG & YON, PLLC,                   DEFENDANT

## AGREED ORDER OF DISMISSAL

This day came the Plaintiff, Dwayne C. Edwards, by and through his counsel, Jed R. Nolan, and the Defendant, by its counsel, Christopher K. Robertson, and stated that all matters in controversy herein have been compromised, settled and agreed, and moved the Court to dismiss this action with prejudice against said Defendant.

Accordingly, it is the **ORDER** and **JUDGMENT** of the Court that this civil action be dismissed with prejudice and stricken from the docket.

It is further **ORDERED** that the Clerk of this Court mail a certified copy of this Order to counsel of record.

**ENTERED** this the _20th_ day of _Jan._, 201___.

_____
**Judge Robert C. Chambers**

F:\CM\22839\22839Agreed Order of Dismissal.WPD

**PREPARED BY:**

  /s/ Jed R. Nolan
Ralph C. Young *(WV Bar #4176)*
Christopher B. Frost *(WV Bar #9411)*
Steven R. Broadwater, Jr.*(WV Bar #11355)*
Jed R. Nolan *(WV Bar # 10833)*
Hamilton, Burgess, Young & Pollard, *pllc*
P. O. Box 959
Fayetteville, WV  25840
*Counsel for Plaintiff*

**APPROVED BY:**

  /s/Christopher K. Robertson
Christopher K. Robertson *(WV Bar #5993)*
Jackson Kelly PLLC
310 W. Burke Street
Martinsburg, WV 25401
*Counsel for Defendant*